IRVINE WHITTAKER ET AL. *v.* GREEN B. MILLIEN.

[Kentucky Law Reporter, Vol. 3—320.]

**Purchase-Price for Sale of Real Estate.**

> A purchaser of real estate is not required to accept any but a good title, and before judgment can be taken against him for the purchase-price such a title must be tendered to him; and where the title offered is such that a nonresident owner is given five years in which to vacate such a conveyance, it is not such as would require him to accept it.

APPEAL FROM MADISON COURT OF COMMON PLEAS.

October 15, 1881.

OPINION BY JUDGE LEWIS:

In this case the appellants, though put upon the proof of title, did not show either a legal or equitable title in themselves. They allege their ancestor many years ago purchased the land from one Silas Barnes, who gave him a title bond, but do not exhibit nor prove the bond ever existed.

Barnes is a nonresident of the state, and even if he had been constructively summoned in the manner required by the Civil Code, he would have one year after the actual service of a certified copy of the judgment upon him and five years without such service to appear and have the action retried.

Appellee is not required to accept any but a good title to the land before judgment against him for the purchase-price, and as the court had no authority, as the case stood, to direct a conveyance by commissioner, which might not be hereafter cancelled by Barnes, and he did not appear in person to make the

conveyance, appellants were not entitled to judgment for any more than it was rendered for.

Wherefore the judgment is *affirmed.*

*C. F. & A. R. Burnam, for appellants.*

*T. J. Scott, for appellee.*